IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHIRLEY COLLINS, :
        Plaintiff :
   vs. : CIVIL ACTION
PHILADELPHIA HOUSING AUTHORITY, :
  et al., : NO. 02-3520
        Defendants :

## STIPULATION TO WITHDRAW ACTION

It is hereby stipulated by and between Michael Donahue, Esquire, counsel for the plaintiff in the above-captioned matter, and Roger K. Ciafre, Esquire, counsel for the defendants in the above-captioned matter, that this matter shall be marked withdrawn.

_____ 9/26/02
MICHAEL DONAHUE
Counsel for Plaintiff

Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102
(215) 981-3700

_____
ROGER K. CIAFRE
Counsel for Defendants

Philadelphia Housing Authority
Legal Department
2012 Chestnut Street
Philadelphia, PA 19103
(215) 684-4120

SO ORDERED:

_____
U.S. District Court Judge

DATED: _____